IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLI ANTONIO SANTANA, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | CIVIL ACTION NO. 20-1226 |
| | : | |
| JANINE L. QUIGLEY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this  14th   day of October, 2022, upon review of the dockets in this matter,

it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 17) is

**GRANTED** as unopposed; and

2. This matter is **DISMISSED** without prejudice.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.