IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLI ANTONIO SANTANA,  :<br>　　Plaintiff,　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　:<br>v.　　　　　　　　　　　　　　　:　CIVIL ACTION NO. 20-1226<br>　　　　　　　　　　　　　　　　　:<br>JANINE L. QUIGLEY, et al.　　:<br>　　Defendants.　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　: | |

## ORDER

**AND NOW**, this 25th day of June, 2024, upon review of Plaintiff's Motion for Leave of Court and Defendants' opposition thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave of Court (ECF No. 37) is **DENIED;**

2. This action is **DISMISSED WITH PREJUDICE**; and

3. This matter shall remain closed.

　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.